No. 11–739. DAMANEH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–742. TROYANOS, PERSONAL REPRESENTATIVE OF THE ESTATE OF TROYANOS v. COATS, SHERIFF, PINELLAS COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–743. FISCHER v. GLOBAL CONNECTOR RESEARCH, INC. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 11–745. IGARASHI v. SKULL AND BONES ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–746. CITY OF ARLINGTON, TEXAS v. FRAME ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–751. BIN-JIANG TAO v. CITIBANK, N. A., ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–759. C. F. v. CORBETT ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–760. CITY OF REDONDO BEACH, CALIFORNIA v. COMITE DE JORNALEROS DE REDONDO BEACH ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–761. SPECTOR v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–765. JOVANOVIC v. NORTHROP GRUMMAN CORP. C. A. 3d Cir. Certiorari denied.

No. 11–766. KOSTRZEWSKI v. TOLEDO CLINIC ET AL. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 11–767. MORGAN v. WEBSTER UNIVERSITY, INC., DBA WEBSTER UNIVERSITY. C. A. 5th Cir. Certiorari denied.

No. 11–768. MEHDI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–769. BATES v. METRISH, WARDEN. C. A. 6th Cir. Certiorari denied.